## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:       Michael A Weems,         : Chapter 13
             Debtor                   : Case No. 17-18318-mdc

### PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION

TO THE CLERK:

Kindly mark the Objection to Confirmation filed by the Delaware County Tax Claim Bureau at docket number 26 on May 3, 2018 as **WITHDRAWN**.

Respectfully submitted:

**MICHAEL F. X. GILLIN & ASSOCIATES, P.C.**

Date:  05/14/2018          BY:    /s/ Stephen V. Bottiglieri
                                  Stephen V. Bottiglieri, Esquire
                                  Attorney for Movant Tax Claim Bureau
                                      of Delaware County
                                  230 N. Monroe Street
                                  Media, PA 19063
                                  P (610) 565-2211
                                  F (610) 565-1846
                                  Sbottiglieri@gillinlawoffice.com