# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                              Chapter 13

                              Bankruptcy No. 17-18318-MDC

MICHAEL A WEEMS

900 LLOYD ST

CHESTER, PA 19013

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  MICHAEL A WEEMS

  900 LLOYD ST

  CHESTER, PA 19013

Counsel for debtor(s), by electronic notice only.

  LAWRENCE S. RUBIN ESQUIRE
  337 WEST STATE STREET

  MEDIA, PA 19063-

Date: 6/18/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee