UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Michael A. Weems : Chapter 13

: Bky. No. 17-18318-mdc

## Notice

To the Debtor, the United States Trustee, all creditors and parties in interest,

**NOTICE IS GIVEN THAT:**

1. The application of Lawrence S. Rubin, Counsel for the debtor, has been filed with the United States Bankruptcy Court disclosing that he has been paid a legal fee of $1,270.00.  Said application seeks approval of the payment of the foregoing sum to counsel: A total of $3,000.00 inclusive plus disbursement of $10.00 of the foregoing paid sum, leaving a balance of **$1,740.00**.

2. The debtor, any creditor or party in interest may file an answer, objection, or other responsive pleading to the aforesaid application with the clerk, U.S. Bankruptcy Court, 900 Market Street Suite 400, Philadelphia, PA 19106, and serve a copy on counsel for the debtors, whose name and address appear below, on or before 21 days from the date of this notice.  In the absence of any of the foregoing answers, objections or other responsive pleadings, counsel making this application may so certify to the court within seven days from the date of this notice and the court may, upon consideration of this application, grant the relief requested in the application.

3. The application is available for inspection at the office of the clerk, U.S. Bankruptcy Court.

        **s/Lawrence S. Rubin, Esquire**
        Lawrence S. Rubin, Esquire
        Attorney for Debtor
        337 West State Street
        Media, PA 19063
        Phone No: (610) 565-6660

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com