UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   Michael Weems                                : Chapter 13

　　　　Debtor                                         : Bky No. 17-18318 mdc

### CERTIFICATION OF NO OBJECTION

The undersigned counsel for the debtor hereby certifies that more than 21 days have elapsed from service upon counsel's Application for Allowance of Counsel Fees, and that no creditor or any other party in interest has served upon counsel for debtor an answer, objection responsive pleading or request for hearing.

　　　　　　　　　　　　　　　　　　　　　s/Lawrence S. Rubin
　　　　　　　　　　　　　　　　　　　　　Lawrence S. Rubin, Esquire
　　　　　　　　　　　　　　　　　　　　　Attorney for the debtor(s)
　　　　　　　　　　　　　　　　　　　　　337 West State Street
　　　　　　　　　　　　　　　　　　　　　Media, PA 19063-2615
　　　　　　　　　　　　　　　　　　　　　(610) 565-6660
　　　　　　　　　　　　　　　　　　　　　*Fax*: (610) 565-6660

Dated: September 6, 2018

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com