## INCOME CONTRIBUTION AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF _DELAWARE_

NAME OF DEBTOR(S) _WEEMS_

CHAPTER 13 CASE # _17-18318 MDC_

I, _DELORES WEEMS_, the person whose name is signed below, hereby swear/affirm that the following are true and correct:

1. The debtor(s) named above is/are my _WIFE_ (specify relationship, for example – mother, father, brother, friend).

2. I contribute financial support in the amount of $ _2668_ on a monthly basis to the debtor(s).

3. The source of my income is _WAGES_ (for example, wages from employment, self-employment, disability payments, Social Security, et cetera). The name of my employer is _ED MACY HOME CARE_ (if applicable).

4. I will continue to make such contributions to the debtor(s) for the entire duration of the Chapter 13 plan of the debtor(s).

_9/26/18_
Date

_Delores Weems_
Affiant/Contributor (signature)

_DELORES WEEMS_
Affiant/Contributor (print name)

Sworn to or affirmed and subscribed to before me by _Delores Weems_, the Affiant/Contributor identified above, on this _26th_ day of _September_, 200_2018_

_Patricia A Donohue_
Notary Public

[Notarial Seal]

Commonwealth of Pennsylvania
Notarial Seal
PATRICIA A DONOHUE – Notary Public
MEDIA BORO, DELAWARE COUNTY
My Commission Expires Nov 7, 2021