UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Michael A. Weems  : Chapter 13

: Bky. No. 17-18318-mdc

**ORDER**

Upon review of debtor's counsel's application for counsel fees and costs, and upon certification of no objection by counsel for the debtor, the court hereby approves counsel fees in the amount of $3,000.00 and costs in the amount of $10.00 to Lawrence S. Rubin, Esquire, of which $1,270.00 has been prepaid by the debtor.  The trustee shall pay to counsel the remaining $1,740.00 in accordance with the provisions of the confirmed plan.

*Magdeline D. Coleman*

Honorable Magdeline D. Coleman
U.S. Bankruptcy Judge

October 4, 2018

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com