United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-18318-mdc
Michael A Weems                                                         Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia           Page 1 of 1           Date Rcvd: Oct 04, 2018
                            Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2018.
db            +Michael A Weems,   900 Lloyd St,   Chester, PA 19013-3513

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2018 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    Red Stick Acquisitions LLC bkgroup@kmllawgroup.com
              LAWRENCE S. RUBIN    on behalf of Debtor Michael A Weems echo@pennlawyer.com, foxtrot@pennlawyer.com
              STEPHEN VINCENT BOTTIGLIERI    on behalf of Creditor    Delaware County Tax Claim Bureau steve@bottiglierilaw.com, ecfnotice@comcast.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                          TOTAL: 5

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Michael A. Weems  : Chapter 13

: Bky. No. 17-18318-mdc

### ORDER

Upon review of debtor's counsel's application for counsel fees and costs, and upon certification of no objection by counsel for the debtor, the court hereby approves counsel fees in the amount of $3,000.00 and costs in the amount of $10.00 to Lawrence S. Rubin, Esquire, of which $1,270.00 has been prepaid by the debtor. The trustee shall pay to counsel the remaining $1,740.00 in accordance with the provisions of the confirmed plan.

*Magdeline D. Coleman*

Honorable Magdeline D. Coleman
U.S. Bankruptcy Judge

October 4, 2018

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com