United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-18318-mdc
Michael A Weems                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia              Page 1 of 2              Date Rcvd: Sep 18, 2020
                              Form ID: pdf900             Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2020.
db          +Michael A Weems,    900 Lloyd St,    Chester, PA 19013-3513
14026065    +Collection Management,    705 S 1st St,    Union City, TN 38261-5007
14026067     Delaware County Tax Claim,    Self Tax Collection, Govt Center, 201 W,
              Media, Pennsylvania 19063
14493700    +Red Stick Acquisitions LLC,    c/o Statebridge Company,    6061 S Willow Dr, Ste 300,
              Greenwood Village CO 80111-5151
14054043    +Red Stick Acquisitions LLC,    SN Servicing,    Red Stick Acquisitions LLC,    PO Box 660820,
              Dallas, TX 75266-0820
14026073    +S&N Corp,    323 5th St,    Eureka, CA 95501-0305
14111794     US Department of Education,    PO Box 16448,    St. Paul, MN 55116-0448

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Sep 19 2020 05:30:54     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 19 2020 05:30:25
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 19 2020 05:30:50      U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/Text: duffyk@co.delaware.pa.us Sep 19 2020 05:31:09     Delaware County Tax Claim Bureau,
              Government Center,    201 W. Front Street,    Media, PA 19063-2708
14056643     E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 19 2020 05:41:40
              CW Nexus Credit Card Holdings l, LLC,    Resurgent Capital Services,    PO Box 10368,
              Greenville, SC 29603-0368
14026066    +E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 19 2020 05:41:16      Cws/cw Nexus,
              101 Crossways Park Dr W,    Woodbury, NY 11797-2020
14026068    +E-mail/Text: bknotice@ercbpo.com Sep 19 2020 05:30:45     Enhanced Recovery Co L,
              8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14026069    +E-mail/Text: bankruptcydpt@mcmcg.com Sep 19 2020 05:30:43     Midland Funding,
              2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
14038461    +E-mail/Text: bankruptcydpt@mcmcg.com Sep 19 2020 05:30:43     Midland Funding LLC,
              PO Box 2011,    Warren, MI 48090-2011
14026071    +E-mail/PDF: pa_dc_claims@navient.com Sep 19 2020 05:41:39     Navient,
              123 S Justison St Ste 30,    Wilmington, DE 19801-5363
14030805     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2020 05:41:41
              Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14026072    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2020 05:41:42
              Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
14409051    +E-mail/Text: bknotices@snsc.com Sep 19 2020 05:31:17     Red Stick Acquisitions LLC,
              c/o SN Servicing Corporation,    323 5th Street,    Eureka, CA 95501-0305
14066747     E-mail/PDF: pa_dc_claims@navient.com Sep 19 2020 05:40:57     VL FUNDING c/o,
              Navient Solutions, LLC.,    PO BOX 9640,    Wilkes-Barre, PA 18773-9640
14026074    +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 19 2020 05:30:09
              Verizon Wireless,    Po Box 650051,    Dallas, TX 75265-0051
                                                                                                                                                                                                  TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14026064     Chester, Pennsylvania 19013
14026063     City of Chester
14054042    ##+Daniel Singer,    c/o Singer Law Group,    2 Park Plaza,    2 Park Plaza,    Irvine, CA 92614-3519
14026070    ##+Midwest Recovery Syste,    2747 W Clay Street,    Saint Charles, MO 63301-2557
                                                                                                                                                                                                  TOTALS: 2, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2020                                      Signature:  /s/Joseph Speetjens

```
District/off: 0313-2           User: Virginia              Page 2 of 2                    Date Rcvd: Sep 18, 2020
                               Form ID: pdf900             Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2020 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    Red Stick Acquisitions LLC bkgroup@kmllawgroup.com
              LAWRENCE S. RUBIN    on behalf of Debtor Michael A Weems echo@pennlawyer.com,
               foxtrot@pennlawyer.com
              LEONARD B. ALTIERI, III    on behalf of Creditor    Delaware County Tax Claim Bureau
               laltieri@toscanigillin.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 5
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
MICHAEL A WEEMS

Chapter 13

Debtor

Bankruptcy No. 17-18318-MDC

# ORDER

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

September 17, 2020

_____  
Magdeline D. Coleman  
Chief Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
LAWRENCE S. RUBIN ESQUIRE  
337 WEST STATE STREET

MEDIA, PA 19063-

Debtor:  
MICHAEL A WEEMS

900 LLOYD ST

CHESTER, PA 19013